No. 16,524.

HICKMAN *v.* DREYER ET AL.

(246 P. [2d] 624)

Decided June 9, 1952.   Rehearing denied July 7, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion. Mr. Justice Clark and Mr. Justice Knauss, not participating.

Mr. THOMAS J. WARREN, MABEL B. HERMANN, for plaintiff in error.

Mr. JAMES A. GREENWOOD, Mr. L. R. TEMPLE, Mr. ALBERT P. FISCHER, for defendents in error.